NUMBER
13-10-00489-CV

 

                                 COURT
OF APPEALS

 

                     THIRTEENTH
DISTRICT OF TEXAS

 

                         CORPUS
CHRISTI - EDINBURG


____________________________________________________________

 

KEAIS RECORDS
SERVICE, INC. AND 

SEAGROVE, INC.,
INDIVIDUALLY,                                          Appellants,

 

                                                             v.

 

GUERRA & MOORE,
LTD., L.L.P.,                                               Appellee. 

____________________________________________________________

 

                     On
appeal from the County Court at Law No. 6

                                       of
Hidalgo County, Texas.

____________________________________________________________

 

                               MEMORANDUM
OPINION

 

                      Before
Justices Garza, Benavides, and Vela 

Memorandum Opinion
Per Curiam

 








Appellants,
Keais Records Service, Inc. and Seagrove, Inc., Individually, perfected an
appeal from a judgment entered by the County Court at Law No. 6 of Cameron County,
Texas, in cause number CL-09-1835-F.  The parties have filed a joint motion to
dismiss on grounds that the parties have fully compromised and settled their
disputes arising out of this appeal.  The parties request that this Court
dismiss this case with prejudice to the refiling of same.

The
Court, having considered the documents on file and the joint motion to dismiss
with prejudice, is of the opinion that the motion should be granted.  See
Tex. R. App. P. 42.1(a).  The
joint motion to dismiss is granted, and the appeal is hereby DISMISSED WITH
PREJUDICE.  In accordance with the agreement of the parties, costs are taxed
against the party incurring same. See Tex.
R. App. P. 42.1(d) ("Absent agreement of the parties, the court
will tax costs against the appellant.").  Having dismissed the appeal at the
parties’ request, no motion for rehearing will be entertained, and our mandate
will issue forthwith.

 

PER
CURIAM

Delivered and filed the

13th day of January, 2011.